FILED

14 MAR 17 AM 12:28

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ken    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13CR3100-WQH |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT DISMISSING SUPERSEDING INDICTMENT WITHOUT PREJUDICE** |
| ROBERTO SUAREZ-GODINEZ, | |
| Defendant | |

Upon the government's motion and good cause being shown,

IT IS HEREBY ORDERED that the Superseding Indictment in Criminal Case No. 13cr3100-WQH is hereby dismissed without prejudice.

DATED:
3/17/14

_____
HONORABLE WILLIAM Q. HAYES
United States District Judge